FILED

July 1, 2026

SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

SEALED
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CR_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CRIMINAL NO. **DR:26-CR-01860-AM** |
| | | **INDICTMENT** |
| v. | | |
| | | VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv), Conspiracy to Transport Illegal Aliens Resulting in Death; COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv), Illegal Alien Transportation Resulting in Death; COUNT THREE: 18 U.S.C. § 1203 - Conspiracy to Commit Hostage Taking; COUNT FOUR 18 U.S.C. § 1203 Hostage Taking; COUNT FIVE-SEVEN: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i), Illegal Alien Transportation (Profit).] |
| **STEPHANIE GUSMAN (2)** A/K/A "FANNY" A/K/A "YOUNG FANNY" A/K/A "$YUNGFANNYY" | | |

A true copy of the original, I certify.
Clerk, U.S. District Court
By:_____
Deputy Clerk

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv)]

Between on or about May 25, 2021, and the date of this indictment, in the Western

District of Texas, and elsewhere, Defendants



**STEPHANIE GUSMAN (2)**
A/K/A "FANNY"
A/K/A "YOUNG FANNY"
A/K/A "$YUNGFANNYY"

did knowingly and intentionally combine, conspire, confederate and agree together and with others, to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and said offense resulted in the death of one and more than one persons, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) & (B)(iv).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv)]

On or about August 7, 2022, in the Western District of Texas, Defendants,





**STEPHANIE GUSMAN (2)**
A/K/A "FANNY"
A/K/A "YOUNG FANNY"
A/K/A "$YUNGFANNYY"

knowing and in reckless disregard of the fact that a certain alien, namely, S.H-R, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and said offense resulted in the death of one and more than one  persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iv).

<u>COUNT THREE</u>
[18 U.S.C. § 1203]

Between on or about May 30, 2024, and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendant,





did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to intentionally seize and detain and threaten to kill, injure, and continue to detain another person in order to compel a third party to forward, by means of electronic wire transfer, funds in the form of United States Dollars, as an explicit and implicit condition for the release of said person, in violation of Title 18, United States Code, Section 1203(a).

## COUNT FOUR
[18 U.S.C. § 1203]

Between on or about May 30, 2024, and on or about June 3, 2024, in the Western District of Texas, and elsewhere, Defendant,



aided and abetted, and did intentionally seize and detain and threaten to kill, injure, and continue to detain a person whose initials are M.D.C.J.-G., in order to compel a third party to pay money and property, as an explicit condition for the release of the hostage, M.D.C.J.-G a., all in violation of Title 18, United States Code, Section 1203.

COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about June 22, 2022, in the Western District of Texas, Defendant,

**STEPHANIE GUSMAN (2)**
A/K/A "FANNY"
A/K/A "YOUNG FANNY"
A/K/A "$YUNGFANNYY",

knowing and in reckless disregard of the fact that a certain alien, namely ▮▮▮▮▮▮ ▮▮▮▮▮▮ had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

COUNT SIX
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about February 17, 2023, in the Western District of Texas, Defendant,

**STEPHANIE GUSMAN (2)**
A/K/A "FANNY"
A/K/A "YOUNG FANNY"
A/K/A "$YUNGFANNYY",

knowing and in reckless disregard of the fact that a certain alien, namely ▮▮▮▮▮▮ had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United

States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

COUNT SEVEN
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about April 4. 2023. in the Western District of Texas. Defendant,

**STEPHANIE GUSMAN (2)**
A/K/A "FANNY"
A/K/A "YOUNG FANNY"
A/K/A "$YUNGFANNYY",

knowing and in reckless disregard of the fact that a certain alien, namely ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____

　　BRETT C. MINER
　　Assistant United States Attorney